UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MYA BATTON, AARON BOLTON, MICHAEL BRACE, DO YEON IRENE KIM, ANNA JAMES, JAMES MULLIS, and THEODORE BISBICOS, individually and on behalf of all others similarly situated,<br>          Plaintiffs,<br>v.<br>COMPASS, INC.; EXP WORLD HOLDINGS, INC., REDFIN CORPORATION; WEICHERT, REALTORS; UNITED REAL ESTATE GROUP; HOWARD HANNA REAL ESTATE SERVICES; and DOUGLAS ELLIMAN INC.,<br>          Defendants. | Case No. 1:23-cv-15618<br>Honorable Judge Chang |

## JOINT INITIAL STATUS REPORT

Pursuant to the Court's December 29, 2023 order (ECF No. 77), Plaintiffs Mya Batton, Aaron Bolton, Michael Brace, Do Yeon Irene Kim, Anna James, James Mullis, and Theodore Bisbicos ("Plaintiffs"), by and through their undersigned attorneys, and Defendants Compass, Inc.; eXp World Holdings, Inc., Redfin Corporation, Weichert, Realtors, United Real Estate Group, Howard Hanna Real Estate Services, and Douglas Elliman Inc. ("Defendants"), by and through their undersigned attorneys, respectfully submit this joint status report setting forth when Plaintiffs intend to file the Local Rule 40.4 reassignment motion in *Batton v. NAR*, 1:21-cv-00430.

1

Defendants in the above-captioned matter have indicated that they do not oppose reassignment of this action to Hon. Andrea R. Wood pursuant to Local Rule 40.4. Plaintiffs are currently conferring with the defendants in *Batton v. NAR* to ascertain their position on the reassignment motion. Plaintiffs intend to file the reassignment motion in *Batton v. NAR* no later than January 10, 2024.

Respectfully submitted,

Dated: January 3, 2024

/s/ Randall P. Ewing, Jr.
George A. Zelcs (Ill. Bar No. 3123738)
Randall P. Ewing, Jr. (Ill. Bar No. 6294238)
Ryan Z. Cortazar (Ill. Bar No. 6323766)
**KOREIN TILLERY, LLC**
205 North Michigan Avenue, Suite 1950
Chicago, IL 60601
Telephone: 312-641-9750
gzelcs@koreintillery.com
rewing@koreintillery.com
rcortazar@koreintillery.com

Michael E. Klenov (Ill. Bar No. 6300228)
Carol O'Keefe (Ill. Bar No. 6335218)
**KOREIN TILLERY, LLC**
505 North 7th Street, Suite 3600
St. Louis, MO 63101
Telephone: 314-241-4844
mklenov@koreintillery.com
cokeefe@koreintillery.com

Vincent Briganti (pro hac vice)
Christian Levis (pro hac vice)
Noelle Feigenbaum (pro hac vice)
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, NY 10601
Telephone: (914) 997-0500

/s/ Robert Y. Sperling
Robert Y. Sperling (Ill. Bar No. 2688093)
Eyitayo St. Matthew-Daniel (admitted *pro hac vice*)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: (212) 373-3000
rsperling@paulweiss.com
tstmatthewdaniel@paulweiss.com

Karen Dunn (admitted *pro hac vice*)
William A. Isaacson (admitted *pro hac vice*)
Josh Soven (admitted *pro hac vice*)
Martha L. Goodman (admitted *pro hac vice*)
Bryon P. Becker (admitted *pro hac vice*)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
2001 K Street NW
Washington, DC 20006-1047
Telephone: (202) 223-7300
kdunn@paulweiss.com
wisaacson@paulweiss.com
jsoven@paulweiss.com
mgoodman@paulweiss.com
bpbecker@paulweiss.com

*Attorneys for Redfin Corporation*

2

vbriganti@lowey.com
clevis@lowey.com
nfeigenbaum@lowey.com

*Attorneys for Plaintiff and the Proposed Class*

*/s/ Stephen J. Siegel*
Stephen J. Siegel (#6209054)
ssiegel@atllp.com
Andrew D. Campbell (#6269494)
acampbell@atllp.com
Elizabeth C. Wolicki (#6297990)
ewolicki@atllp.com
Julie Johnston-Ahlen (#6277736)
jjohnston@atllp.com
Armstrong Teasdale LLP
100 N. Riverside Plaza
Chicago, IL 60606-1501
(312) 419-6900 (phone)

Michael Gehret (*pro hac vice application forthcoming*)
mgehret@atllp.com
Armstrong Teasdale LLP
222 South Main Street
Suite 1830
Salt Lake City, UT 84101
(801) 401-1600 (phone)

Karrie Clinkinbeard (*pro hac vice application forthcoming*)
kclinkinbeard@atllp.com
Armstrong Teasdale LLP
2345 Grand Boulevard
Suite 1500
Kansas City, MO 64108-2617
(816) 221-3420 (phone)

Francis X. Riley III (*pro hac vice application forthcoming*)
francis.riley@saul.com
Saul Ewing LLP
650 College Road East, Suite 4000
Princeton, NJ 08540-6603
(609) 452-3150

*Attorneys for eXp World Holdings, Inc.*

3

*/s/ Seth P. Waxman*
Seth P. Waxman *(*admitted *pro hac vice*)
Karin Dryhurst *(*admitted *pro hac vice*)
Wilmer Cutler Pickering Hale and Dorr LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037
(202) 663-6000
seth.waxman@wilmerhale.com
karin.dryhurst@wilmerhale.com

David Z. Gringer *(*admitted *pro hac vice*)
Emily Barnet *(*admitted *pro hac vice*)
Wilmer Cutler Pickering Hale and Dorr LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
(212) 230-8800
david.gringer@wilmerhale.com
emily.barnet@wilmerhale.com

Eric Soller (*pro hac vice application forthcoming*)
William Pietragallo II (*pro hac vice application forthcoming*)
Quintin DiLucente (*pro hac vice application forthcoming*)
Pietragallo Gordon Alfano
 Bosick & Raspanti, LLP
One Oxford Centre, 38th Fl.
Pittsburgh, PA 15219
(412) 263-1836
EGS@Pietragallo.com
WP@Pietragallo.com
QD@Pietragallo.com

*Attorneys for Howard Hanna Real Estate Services*

*/s/ James D. Lawrence*
James D. Lawrence (admitted *pro hac vice*)
Bryan Cave Leighton Paisner LLP
1200 Main St., Suite 3800
Kansas City, MO 64105
Telephone: (816) 374-3200
Email: jim.lawrence@bclplaw.com

Timothy R. Beyer (admitted *pro hac vice*)
Bryan Cave Leighton Paisner LLP
1700 Lincoln Street, #4100
Denver, CO 80203
Telephone: (303) 866-7000
Email: tim.beyer@bclplaw.com

Lindsay Sklar Johnson (admitted *pro hac vice*)
Bryan Cave Leighton Paisner LLP
1201 W. Peachtree St., N.W., 14th Floor
Atlanta, GA 30309-3471
Telephone: (404) 572-6600
Email: lindsay.johnson@bclplaw.com

Emilee L. Hargis, IL #6325656 (admitted *pro hac vice*)
Bryan Cave Leighton Paisner LLP
211 N. Broadway
St. Louis, MO 63102
Telephone: (314) 259-2028
Email: emilee.hargis@bclplaw.com

*Attorneys for United Real Estate*

4

/s/ Michael W. Scarborough
Michael W. Scarborough (admitted *pro hac vice*)
Dylan I. Ballard (admitted *pro hac vice*)
555 Mission Street, Suite 2000
San Francisco, CA 94105
Telephone: (415) 979–6900
mscarborough@velaw.com
dballard@velaw.com

Adam L. Hudes (admitted *pro hac vice*)
Stephen M. Medlock
2200 Pennsylvania Avenue NW
Suite 500 West
Washington, DC 20037
Telephone: (202) 639–6500
ahudes@velaw.com
smedlock@velaw.com

*Attorneys for Weichert Real Estate Affiliates, Inc., d/b/a/ Weichert Realtors*

/s/ Eric Fanchiang
Chahira Solh (admitted *pro hac vice*)
Daniel A. Sasse (admitted *pro hac vice*)
Eric Fanchiang (admitted *pro hac vice*)
Crowell & Moring LLP
3 Park Plaza, 20th Floor
Irvine, CA 92614
Telephone: (949) 263-8400
csolh@crowell.com
dsasse@crowell.com
efanchiang@crowell.com

*Attorneys for Compass, Inc.*

| | |
|---|---|
| */s/ George D. Sax* | |
| George D. Sax, Esq. (Atty No. 6279686) | Constantine "Dean" Z. Pamphilis (admitted |
| SCHARF BANKS MARMOR LLC | *pro hac vice*) |
| 333 W. Wacker Drive, Suite 450 | KASOWITZ BENSON TORRES LLP |
| Chicago, Illinois 60606 | 1415 Louisiana Street, Suite 2100 |
| (312) 726-6000 | Houston, TX 77002 |
| gsax@scharfbanks.com | Phone: 713.220.8800 |
| | Facsimile: 713.222.0843 |
| | Email: dpamphilis@kasowitz.com |

Marc E. Kasowitz (admitted *pro hac vice*)
Hector Torres (admitted *pro hac vice*)
Kenneth R. David (admitted *pro hac vice*)
KASOWITZ BENSON TORRES LLP
1633 Broadway
New York, NY 10019
Phone: 212.506.1700
Facsimile: 212.506.1800
Email: mkasowitz@kasowitz.com
Email: htorres@kasowitz.com
Email: kdavid@kasowitz.com

*Attorneys for Douglas Elliman Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 3, 2024, I caused a true and correct copy of the foregoing to be served upon counsel of record as of this date by electronic filing.

Dated: January 3, 2024 　　　　　　　　　　　　　　　　　　　　　*/s/ Randall P. Ewing, Jr.*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Randall P. Ewing, Jr.