

# United States District Court
# Northern District of Illinois

In the Matter of

Mya Batton et al

v.

Compass, Inc. et al

District Judge Andrea R. Wood

Case No. 23-CV-15618

Designated Magistrate Judge
Beth W. Jantz

## FINDING OF RELATEDNESS PURSUANT TO LOCAL RULE 40.4

In accordance with the provisions of Local Rule 40.4 of this Court, I find the above captioned case, presently pending on the calendar of Judge Edmond E. Chang to be related to 1:21-cv-00430 which is pending on my calendar. Accordingly, I request that the Executive Committee order said case to be reassigned to my calendar as a related case.

**Judge Andrea R. Wood**

Date: Wednesday, January 24, 2024

---

## ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above captioned case be reassigned to the calendar of Judge Andrea R. Wood

### ENTER

### FOR THE EXECUTIVE COMMITTEE

**Chief Judge Rebecca R. Pallmeyer**

Dated: Wednesday, January 24, 2024