# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| MYA BATTON, AARON BOLTON, MICHAEL BRACE, DO YEON IRENE KIM, ANNA JAMES, JAMES MULLIS, THEODORE BISBICOS and STEVEN EWALD, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> COMPASS, INC.; EXP WORLD HOLDINGS, INC., REDFIN CORPORATION; WEICHERT, REALTORS; UNITED REAL ESTATE GROUP; HOWARD HANNA REAL ESTATE SERVICES; and DOUGLAS ELLIMAN INC., <br><br> Defendants. | Case No. 1:23-cv-15618 <br><br> Honorable Judge Andrea R. Wood |

## NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT DOUGLAS ELLIMAN INC.

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(1), Plaintiffs Mya Batton, Aaron Bolton, Michael Brace, Do Yeon Irene Kim, Anna James, James Mullis, Theodore Bisbicos and Steven Ewald, by and through their undersigned attorneys, hereby voluntarily dismiss, without prejudice, all claims against Defendant Douglas Elliman Inc. Such dismissal is proper because Douglas Elliman Inc. has not yet served either an answer or a motion for summary judgment.

Respectfully submitted,　　　　　　　　　　June 11, 2024

　　　　　　　　　　　　　　　　　　　　*/s/ Randall P. Ewing, Jr.*
　　　　　　　　　　　　　　　　　　　　George A. Zelcs (Ill. Bar No. 3123738)
　　　　　　　　　　　　　　　　　　　　Randall P. Ewing, Jr. (Ill. Bar No. 6294238)
　　　　　　　　　　　　　　　　　　　　Ryan Z. Cortazar (Ill. Bar No. 6323766)
　　　　　　　　　　　　　　　　　　　　**KOREIN TILLERY, LLC**
　　　　　　　　　　　　　　　　　　　　205 North Michigan Avenue, Suite 1950
　　　　　　　　　　　　　　　　　　　　Chicago, IL 60601
　　　　　　　　　　　　　　　　　　　　Telephone: 312-641-9750
　　　　　　　　　　　　　　　　　　　　gzelcs@koreintillery.com
　　　　　　　　　　　　　　　　　　　　rewing@koreintillery.com
　　　　　　　　　　　　　　　　　　　　rcortazar@koreintillery.com

　　　　　　　　　　　　　　　　　　　　Michael E. Klenov (Ill. Bar No. 6300228)
　　　　　　　　　　　　　　　　　　　　Carol O'Keefe (Ill. Bar No. 6335218)
　　　　　　　　　　　　　　　　　　　　**KOREIN TILLERY, LLC**
　　　　　　　　　　　　　　　　　　　　505 North 7th Street, Suite 3600
　　　　　　　　　　　　　　　　　　　　St. Louis, MO 63101
　　　　　　　　　　　　　　　　　　　　Telephone: 314-241-4844
　　　　　　　　　　　　　　　　　　　　mklenov@koreintillery.com
　　　　　　　　　　　　　　　　　　　　cokeefe@koreintillery.com

　　　　　　　　　　　　　　　　　　　　Vincent Briganti (pro hac vice)
　　　　　　　　　　　　　　　　　　　　Christian Levis (pro hac vice)
　　　　　　　　　　　　　　　　　　　　Noelle Forde (pro hac vice)
　　　　　　　　　　　　　　　　　　　　**LOWEY DANNENBERG, P.C.**
　　　　　　　　　　　　　　　　　　　　44 South Broadway, Suite 1100
　　　　　　　　　　　　　　　　　　　　White Plains, NY 10601
　　　　　　　　　　　　　　　　　　　　Telephone: (914) 997-0500
　　　　　　　　　　　　　　　　　　　　vbriganti@lowey.com
　　　　　　　　　　　　　　　　　　　　clevis@lowey.com
　　　　　　　　　　　　　　　　　　　　nforde@lowey.com

　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff and the Proposed Class*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 11, 2024, I caused a true and correct copy of the foregoing to be served upon counsel of record as of this date by electronic filing.

Dated: June 11, 2024                                              */s/ Randall P. Ewing, Jr.*
                                                                                       Randall P. Ewing, Jr.