## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Mya Batton, et al.

        Plaintiff,

v.                 Case No.: 1:23−cv−15618
                   Honorable Andrea R. Wood

Compass, Inc., et al.

        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 13, 2024:

   MINUTE entry before the Honorable Andrea R. Wood: The parties' joint motion for entry of agreed protective order [114] is granted without a hearing. Enter Agreed Protective Order. Telephonic motion hearing set for 6/13/2024 is stricken; parties need not appear. Attorney Sima Namiri−Kalantari's motion to appear pro hac vice [116] is granted. Pursuant to the notice of voluntary dismissal [117], Defendant Douglas Elliman Inc. is dismissed as a Defendant in the action. Mailed notice (lma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.