UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MYA BATTON, AARON BOLTON, MICHAEL BRACE, DO YEON IRENE KIM, ANNA JAMES, JAMES MULLIS, and THEODORE BISBICOS, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br>v.<br><br>COMPASS, INC.; EXP WORLD HOLDINGS, INC., REDFIN CORPORATION; WEICHERT, REALTORS; and UNITED REAL ESTATE GROUP,<br><br>    Defendants. | Case No. 1:23-cv-15618<br><br>Honorable Judge Andrea R. Wood |

**AGREED MOTION FOR LEAVE TO FILE BRIEF IN EXCESS OF 15 PAGES RELATING TO DEFENDANTS' JOINT MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT**

In accordance with Local Rule 7.1, Compass, Inc., eXp World Holdings, Inc., Redfin Corporation, Weichert Realtors, and United Real Estate Group ("Defendants"), respectfully move to file a brief in excess of 15 pages in connection with Defendants' Joint Motion to Dismiss. In support of this motion, Defendants state as follows:

1. Plaintiffs filed the Complaint on November 2, 2023. (ECF No. 1.)

2. On April 15, 2024, Defendants filed individual and joint motions in response to Plaintiffs' Complaint. (ECF Nos. 103-110.)

3. Plaintiffs filed an Amended Complaint on May 6, 2024. (ECF No. 112.)

1

4. The Court, at a status hearing on May 7, 2024, terminated Defendants' pending motions as moot, and issued a new schedule requiring Defendants to answer or respond to the Amended Complaint by June 21, 2024. (ECF No. 113.)

5. Pursuant to the Court's May 7, 2024 schedule, Defendants will be filing a Joint Motion to Dismiss Plaintiffs' Amended Complaint on June 21, 2024, to address issues common to all five Defendants.

6. Pursuant to Local Rule 7.1, briefs in support of a motion to dismiss are limited to 15 pages absent leave of Court.

7. The Amended Complaint raises numerous complex claims and issues based on the laws of multiple states and involving five Defendants. The Amended Complaint adds additional state law claims, and many of the issues raised are specific to the laws of a particular state. The parties have followed the Court's instruction to streamline briefing in light of the Court's ruling in other cases (ECF No. 96), but the Amended Complaint still raises numerous arguments under both state and federal law that require appropriate space to address.

8. There is no prejudice to Plaintiffs, and Plaintiffs agreed via email on June 17, 2024 to the below-proposed page limits.

9. Defendants propose to file their joint brief, not to exceed forty (40) pages, in support of their Joint Motion to Dismiss.

10. Defendants do not oppose the Court granting Plaintiffs leave to file a response to Defendants' Joint Motion to Dismiss of up to forty (40) pages, in order to allow Plaintiffs to sufficiently address Defendants' joint arguments.

11. To the extent any Defendant files its own individualized responsive pleading under Rule 12(b)(2) or otherwise, Defendants will stay within Local Rule 7.1's fifteen (15) page limit.

For the foregoing reasons, Defendants request leave of this Court to file their brief in support of their joint Motion to Dismiss in excess of 15 pages, not to exceed forty (40) pages.

Respectfully submitted,

Dated: June 17, 2024

/s/ Chahira Solh
Chahira Solh (admitted *pro hac vice*)
Daniel A. Sasse (admitted *pro hac vice*)
Eric Fanchiang (admitted *pro hac vice*)
Crowell & Moring LLP
3 Park Plaza, 20th Floor
Irvine, CA 92614
Telephone: (949) 263-8400
csolh@crowell.com
dsasse@crowell.com
efanchiang@crowell.com

*Attorneys for Compass, Inc.*

/s/ Eyitayo St. Matthew-Daniel
Robert Y. Sperling (Ill. Bar No. 2688093)
Eyitayo St. Matthew-Daniel (pro hac vice)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: (212) 373-3000
rsperling@paulweiss.com
tstmatthewdaniel@paulweiss.com

Karen Dunn (admitted *pro hac vice*)
William A. Isaacson (admitted *pro hac vice*)
Josh Soven (admitted *pro hac vice*)
Martha L. Goodman (admitted *pro hac vice*)
Bryon P. Becker (admitted *pro hac vice*)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
2001 K Street NW
Washington, DC 20006-1047
Telephone: (202) 223-7300
kdunn@paulweiss.com
wisaacson@paulweiss.com
jsoven@paulweiss.com
mgoodman@paulweiss.com
bpbecker@paulweiss.com

*Attorneys for Redfin Corporation*

| | |
|---|---|
| /s/ James A. Morsch | |
| James A. Morsch (#6209558) | Francis X. Riley, III (admitted pro hac vice) |
| **SAUL EWING LLP** | **SAUL EWING LLP** |
| 321 N. Clark, Suite 4200 | 650 College Road East |
| Chicago, IL 60601 | Suite 4000 |
| (312) 876-7866 (phone) | Princeton, NJ 08540 |
| jim.morsch@saul.com | (609) 452-3142 (phone) |
| | francis.riley@saul.com |

*Attorneys for eXp World Holdings, Inc.*

/s/ James D. Lawrence

| | |
|---|---|
| James D. Lawrence (admitted *pro hac vice*) | Lindsay Sklar Johnson (admitted *pro hac vice*) |
| Bryan Cave Leighton Paisner LLP | Bryan Cave Leighton Paisner LLP |
| 1200 Main St., Suite 3800 | 1201 W. Peachtree St., N.W., 14th Floor |
| Kansas City, MO 64105 | Atlanta, GA 30309-3471 |
| Telephone: (816) 374-3200 | Telephone: (404) 572-6600 |
| Email: jim.lawrence@bclplaw.com | Email: lindsay.johnson@bclplaw.com |
| | |
| Timothy R. Beyer (admitted *pro hac vice*) | |
| Bryan Cave Leighton Paisner LLP | Emilee L. Hargis, IL #6325656 (admitted *pro hac vice*) |
| 1700 Lincoln Street, #4100 | Bryan Cave Leighton Paisner LLP |
| Denver, CO 80203 | 211 N. Broadway |
| Telephone: (303) 866-7000 | St. Louis, MO 63102 |
| Email: tim.beyer@bclplaw.com | Telephone: (314) 259-2028 |
| | Email: emilee.hargis@bclplaw.com |

*Attorneys for United Real Estate Group*

/s/ Michael W. Scarborough

| | |
|---|---|
| Michael W. Scarborough (admitted *pro hac vice*) | Adam L. Hudes (admitted *pro hac vice*) |
| Dylan I. Ballard (admitted *pro hac vice*) | Stephen M. Medlock |
| 555 Mission Street, Suite 2000 | 2200 Pennsylvania Avenue NW |
| San Francisco, CA 94105 | Suite 500 West |
| Telephone: (415) 979–6900 | Washington, DC 20037 |
| mscarborough@velaw.com | Telephone: (202) 639–6500 |
| dballard@velaw.com | ahudes@velaw.com |
| | smedlock@velaw.com |

*Attorneys for Weichert Real Estate Affiliates, Inc., d/b/a/ Weichert Realtors*

4

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 17, 2024, I caused a true and correct copy of the foregoing to be served upon counsel of record as of this date by electronic filing.

Dated: June 17, 2024                                                     */s/ Chahira Solh*
                                                                                        Chahira Solh