IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MYA BATTON, AARON BOLTON, MICHAEL BRACE, DO YEON IRENE KIM, ANNA JAMES, JAMES MULLIS, THEODORE BISBICOS, and STEVEN EWALD, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COMPASS, INC.; EXP WORLD HOLDINGS, INC.; REDFIN CORPORATION; WEICHERT REAL ESTATE AFFILIATES, INC. d/b/a/ WEICHERT REALTORS and UNITED REAL ESTATE HOLDINGS LLC d/b/a UNITED REAL ESTATE GROUP,<br><br>Defendants. | Case No. 1:23-cv-15618<br><br>Judge Andrea R. Wood |

## JOINT STATUS REPORT

Plaintiffs Mya Batton, Aaron Bolton, Michael Brace, De Yeon Irene Kim, Anna James, James Mullis, Theodore Bisbicos, and Steven Ewald ("Plaintiffs") and Compass, Inc., eXp World Holdings, Inc., Redfin Corporation, Weichert Real Estate Affiliates Inc. d/b/a Weichert Realtors, and United Real Estate Holdings LLC d/b/a United Real Estate Group ("Defendants")[1], hereby submit this joint status report pursuant to the Court's May 7, 2024 order. *See* ECF No. 113.

### I.    Pending Motions

Defendants have filed a Joint Motion to Dismiss (ECF No. 126) and a Joint Motion to

---

[1] In submitting this joint status report, Defendants do not waive any defenses that may be available to them, including without limitation any defenses relating to service, process, arbitration, and jurisdiction.

Strike Class Allegations (ECF No. 127). Defendants Weichert Realtors, eXp World Holdings, Inc., and United Real Estate Group have filed individual Motions to Dismiss for Lack of Personal Jurisdiction and/or Failure to State a Claim (ECF Nos. 122, 123, and 125).

Plaintiffs' opposition to Defendants' Rule 12 motions are due August 5, 2024. Defendants' replies are due September 4, 2024.

## II. ESI Protocol

The parties have conferred with respect to a protocol for the production of Electronically Stored Information. The parties are close to reaching an agreement and anticipate filing their agreed-upon ESI protocol for the Court's approval in the coming weeks.

## III. Phased Discovery

In accordance with this Court's direction at the last status conference, the parties have conferred with respect to discovery while Defendants' Motions to Dismiss and Motion to Strike remain pending. The parties have agreed upon a protective order, which the Court has already entered. As provided above, the parties are close to reaching an agreement on an ESI protocol. The parties have agreed that Plaintiffs may serve their initial requests for production immediately, that Defendants shall respond within the timeframes set forth in the Federal Rules of Civil Procedure, and the parties will begin meeting and conferring to the extent possible in an attempt to reach agreement on the scope of productions. Absent a future agreement otherwise, the parties agree that Defendants need not begin collecting, reviewing, and producing documents, and that Plaintiffs will not file any discovery motions, until this Court rules on the pending motions. The parties will meet and confer regarding the case schedule, to the extent necessary, once the Court has ruled upon Defendants' Rule 12 motions.

## IV. Other Issues

Following the dismissal of claims against HomeServices of America, Inc., BHH Affiliates, LLC, and HSF Affiliates, LLC in *Batton I* based on a lack of personal jurisdiction, Plaintiffs' counsel filed suit against those defendants in the Southern District of Florida on April 29, 2024 on behalf of James Lutz. *Lutz v. HomeServices of America, Inc. et al.*, 4:24-cv-10040 (S.D. Fla.). Following Plaintiffs' voluntary dismissal of claims in this case against Douglas Elliman on June 12, 2024, James Lutz filed an amended complaint adding Douglas Elliman as a defendant.

Following Plaintiffs' voluntary dismissal of claims against Howard Hanna Real Estate Services in this case on March 4, 2024, Plaintiffs' counsel filed suit on behalf of Scott Davis against Hanna Holdings, Inc. in the Eastern District of Pennsylvania on May 31, 2024. *Davis v. Hanna Holdings, Inc.*, 2:24-cv-02374 (E.D. Pa.).

In advance of the status conference set in this case for August 1, 2024, the parties will meet and confer to the extent possible and attempt to reach agreement on the extent to which documents produced in this case and the *Batton I* litigation can be used in the other case, reasonable deposition and interrogatory protocols when the same party appears in more than one of the cases, and any other coordination issues with respect to these related cases.

Dated: July 2, 2024                                  Respectfully submitted,

***Counsel for Plaintiffs and the Proposed Class***

*/s/ Randall P. Ewing, Jr.*
George A. Zelcs (Ill. Bar No. 3123738)
 Randall P. Ewing, Jr. (Ill. Bar No. 6294238)
Ryan Z. Cortazar (Ill. Bar No. 6323766)
**KOREIN TILLERY, LLC**
205 North Michigan Avenue, Suite 1950
Chicago, IL 60601
Telephone: 312.641.9750
gzelcs@koreintillery.com
rewing@koreintillery.com
rcortazar@koreintillery.com

Michael E. Klenov (Ill. Bar No. 6300228)
Carol O'Keefe (Ill. Bar No. 6335218)
**KOREIN TILLERY, LLC**
505 North 7th Street, Suite
3600 St. Louis, MO 63101
Telephone: 314.241.4844
mklenov@koreintillery.com
cokeefe@koreintillery.com

Vincent Briganti (pro hac vice)
Christian Levis (pro hac vice)
Noelle Forde (pro hac vice)
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, NY 10601
Telephone: 914.997.0500
vbriganti@lowey.com
clevis@lowey.com
nfeigenbaum@lowey.com

***Counsel for Defendant Redfin Corporation***

*/s/ Robert Y. Sperling*
Robert Y. Sperling (Ill. Bar No. 2688093)
Eyitayo St. Matthew-Daniel (pro hac vice)
Tenisha L. Williams (pro hac vice)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: (212) 373-3000
rsperling@paulweiss.com
tstmatthewdaniel@paulweiss.com

Karen Dunn (pro hac vice)
William A. Isaacson (pro hac vice)
Josh Soven (pro hac vice)
Martha L. Goodman (pro hac vice)
Bryon P. Becker (pro hac vice)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
2001 K Street NW
Washington, DC 20006-1047
Telephone: (202) 223-7300
kdunn@paulweiss.com
wisaacson@paulweiss.com
jsoven@paulweiss.com
mgoodman@paulweiss.com
bpbecker@paulweiss.com

***Counsel for Defendant eXp World Holdings, Inc.***

*/s/ James A. Morsch*
James A. Morsch (#6209558)
**SAUL EWING LLP**
321 N. Clark, Suite 4200
Chicago, IL 60601
Telephone: (312) 876-7866
jim.morsch@saul.com

Francis X. Riley, III (pro hac vice)
**SAUL EWING LLP**
650 College Road East, Suite 4000
Princeton, NJ 08540
Telephone: (609) 452-3142
francis.riley@saul.com

**Counsel for United Real Estate Holdings LLC d/b/a United Real Estate Group**

/s/ James D. Lawrence
James D. Lawrence (pro hac vice)
**BRYAN CAVE LEIGHTON PAISNER LLP**
1200 Main St., Suite 3800
Kansas City, MO 64105
Telephone: (816) 374-3200
jim.lawrence@bclplaw.com

Timothy R. Beyer (pro hac vice)
**BRYAN CAVE LEIGHTON PAISNER LLP**
1700 Lincoln Street, #4100
Denver, CO 80203
Telephone: (303) 866-7000
tim.beyer@bclplaw.com

Lindsay Sklar Johnson (pro hac vice)
**BRYAN CAVE LEIGHTON PAISNER LLP**
1201 W. Peachtree St., N.W., 14th Floor
Atlanta, GA 30309-3471
Telephone: (404) 572-6600
lindsay.johnson@bclplaw.com

Emilee L. Hargis, IL #6325656 (pro hac vice)
**BRYAN CAVE LEIGHTON PAISNER LLP**
211 N. Broadway
St. Louis, MO 63102
Telephone: (314) 259-2028
emilee.hargis@bclplaw.com

**Counsel for Defendant Weichert Real Estate Affiliates, Inc., d/b/a Weichert Realtors**

/s/ Michael W. Scarborough
Michael W. Scarborough (pro hac vice)
Dylan I. Ballard (pro hac vice)
555 Mission Street, Suite 2000
San Francisco, CA 94105
Telephone: (415) 979-6900
mscarborough@velaw.com
dballard@velaw.com

Adam L. Hudes (pro hac vice)
Stephen M. Medlock
2200 Pennsylvania Avenue NW
Suite 500 West
Washington DC 20037
Telephone: (202) 639-6500
ahudes@velaw.com
smedlock@velaw.com

**Counsel for Defendant Compass, Inc.**

/s/ Chahira Solh
Chahira Solh (pro hac vice)
Daniel A. Sasse (pro hac vice)
Eric Fanchiang (pro hac vice)
**CROWELL & MORING LLP**
3 Park Plaza, 20th Floor
Irvine, CA 92614
Telephone: (949) 263-8400
csolh@crowell.com
dsasse@crowell.com
efanchiang@crowell.com

Sima Namiri-Kalantari (pro hac vice)
**CROWELL & MORING LLP**
515 S. Flower Street, 41st Floor
Los Angeles, CA 90071
Telephone: (213) 622-4750
snamiri@crowell.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 2, 2024, I caused a true and correct copy of the foregoing to be served upon counsel of record as of this date by electronic filing.

Dated: July 2, 2024

*/s/ Randall P. Ewing, Jr.*
Randall P. Ewing, Jr.