UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.2
Eastern Division

Mya Batton, et al.

                         Plaintiff,

v.                                                    Case No.: 1:23−cv−15618
                                                            Honorable LaShonda A. Hunt

Compass, Inc., et al.

                         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, October 4, 2024:

      MINUTE entry before the Honorable LaShonda A. Hunt: The Court has reviewed the parties' joint initial status report [155]. The status hearing set for 10/8/24 at 9:45AM is reset to 10:15AM. Time change only. Attorneys/parties may appear in person in Courtroom 1425 or telephonically by dialing: 1−650−479−3207 and entering access code: 2311 499 1046. No attendee code is required. Please review in advance the policies governing telephonic hearings that can be found on Judge Hunt's webpage on the court website. Agreed Motion for Leave to File Brief in Excess of 15 Pages Relating to Defendants' Joint Motion to Dismiss Plaintiffs' Amended Complaint [120] is granted. Parties are to submit a proposed order for their joint motion [129] to the Court's Proposed Order inbox by 10/7/24. Emailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.