UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MYA BATTON, AARON BOLTON, MICHAEL BRACE, DO YEON IRENE KIM, ANNA JAMES, JAMES MULLIS, THEODORE BISBICOS, and STEVEN EWALD, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COMPASS, INC.; EXP WORLD HOLDINGS, INC., REDFIN CORPORATION; WEICHERT REAL ESTATE AFFILIATES, INC. d/b/a WEICHERT REALTORS; and UNITED REAL ESTATE HOLDINGS LLC, d/b/a UNITED REAL ESTATE GROUP,<br><br>Defendants. | Case No. 1:23-cv-15618<br><br>Honorable Judge LaShonda A. Hunt |

## JOINT STATUS REPORT

Plaintiffs Mya Batton, Aaron Bolton, Michael Brace, Do Yeon Irene Kim, Anna James, James Mullis, Theodore Bisbicos, and Steven Ewald ("Plaintiffs") and Compass, Inc., eXp World Holdings, Inc., Redfin Corporation, Weichert Real Estate Affiliates, Inc., d/b/a Weichert Realtors, and United Real Estate Holdings LLC d/b/a/ United Real Estate Group ("Defendants"), (together the "Parties"), hereby submit this joint status report pursuant to ECF No. 157.

**A. Parties Intend to File Joint Motion for Partial Stay Given Final Approval of Compass, Redfin, and United Settlements in *Gibson***

On November 4, 2024, the court in *Gibson, et al., v. National Association of Realtors, et al.* (No. 4:23-cv-00788-SRB), granted final approval of settlements with Compass, Redfin, and United Real Estate, among others. *Gibson*, ECF No. 530. The Parties here agree that a partial

1

stay similar to that entered in *Batton et al. v. National Association of Realtors, et al.* ("*Batton I*"), No. 21-cv-00430 (N.D. Ill.), ECF Nos. 162, 179, 180, is appropriate in this case, given the *Gibson* Court's conclusion that claims here brought by plaintiffs who are also settlement class members in *Gibson* are enjoined. *Batton I*, ECF No. 530, ¶ 90 (Class members "enjoined from filing, commencing, prosecuting, intervening in, or pursuing as a plaintiff or class member any released claims" which extends to "claims arising from or relating to transactions where Settlement Class Members either sold or purchased a home on any multiple listing service nationwide . . ."). As in *Batton I*, the agreed partial stay here would last only until any appeals of the settlements are concluded and would apply only to Plaintiffs who sold a home during the *Gibson* settlement class period and who did not opt out of those settlements. The Parties are working on a joint motion reflecting that position to be filed with the Court shortly.

### B. Plaintiffs Intend to Seek Leave to File a Second Amended Complaint

Plaintiffs intend to file a motion for leave to amend the operative Complaint to add various Named Plaintiffs and dismiss certain state law claims. Plaintiffs sent a redline of the proposed amended complaint to Defendants yesterday, November 14, 2024. The Parties are working together to reach a stipulation regarding the proposed Second Amended Class Action Complaint, which will provide that the completed briefing already on file (ECF Nos. 122, 123, 125, 126 & 127) applies in full to the new complaint.

Respectfully submitted,

Dated: November 15, 2024

    ***Counsel for Defendant Compass, Inc.***

<u>/s/ Chahira Solh</u>
Chahira Solh (pro hac vice)
Daniel A. Sasse (pro hac vice)
Eric Fanchiang (pro hac vice)
**CROWELL & MORING LLP**
3 Park Plaza, 20th Floor
Irvine, CA 92614
Telephone: (949) 263-8400
csolh@crowell.com
dsasse@crowell.com
efanchiang@crowell.com

Sima Namiri-Kalantari (pro hac vice)
**CROWELL & MORING LLP**
515 S. Flower Street, 41st Floor
Los Angeles, CA 90071
Telephone: (213) 622-4750
snamiri@crowell.com

*Counsel for Defendant Redfin Corporation*

*/s/ Robert J. Maguire*

**DAVIS WRIGHT TREMAINE LLP**
Robert J. Maguire (pro hac vice)
MaryAnn Almeida, (pro hac vice)
Emily Parsons (pro hac vice)
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Tel: 206.622.3150
RobMaguire@dwt.com
MaryAnnAlmeida@dwt.com
EmilyParsons@dwt.com

Harris Kay
300 North La Salle Street, Suite 2200
Chicago, IL 60654
Tel: 312.820.5460
HarrisKay@dwt.com

Gerald Stein, (pro hac vice)
1251 Avenue of the Americas, 21st Floor
New York, NY 10020
Tel: 212.489.8230
GeraldStein@dwt.com


Robert Y. Sperling (Ill. Bar No. 2688093)
Eyitayo St. Matthew-Daniel (pro hac vice)
Tenisha L. Williams (pro hac vice)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: (212) 373-3000
rsperling@paulweiss.com
tstmatthewdaniel@paulweiss.com

*Counsel for Defendant eXp World Holdings, Inc.*

/s/ James A. Morsch
James A. Morsch (#6209558)
**SAUL EWING LLP**
321 N. Clark, Suite 4200
Chicago, IL 60601
Telephone: (312) 876-7866
jim.morsch@saul.com

Francis X. Riley, III (pro hac vice)
**SAUL EWING LLP**
650 College Road East, Suite 4000
Princeton, NJ 08540
Telephone: (609) 452-3142
francis.riley@saul.com

*Counsel for Defendant Weichert Real Estate Affiliates, Inc., d/b/a Weichert Realtors*

/s/ Michael W. Scarborough
Michael W. Scarborough (pro hac vice)
Dylan I. Ballard (pro hac vice)
555 Mission Street, Suite 2000
San Francisco, CA 94105
Telephone: (415) 979-6900
mscarborough@velaw.com
dballard@velaw.com

Adam L. Hudes (pro hac vice)
Stephen M. Medlock
2200 Pennsylvania Avenue NW
Suite 500 West
Washington DC 20037
Telephone: (202) 639-6500
ahudes@velaw.com
smedlock@velaw.com

*Counsel for United Real Estate Holdings LLC d/b/a United Real Estate Group*

*/s/ James D. Lawrence*
James D. Lawrence (pro hac vice)
**BRYAN CAVE LEIGHTON PAISNER LLP**
1200 Main St., Suite 3800
Kansas City, MO 64105
Telephone: (816) 374-3200
jim.lawrence@bclplaw.com

Timothy R. Beyer (pro hac vice)
**BRYAN CAVE LEIGHTON PAISNER LLP**
1700 Lincoln Street, #4100
Denver, CO 80203
Telephone: (303) 866-7000
tim.beyer@bclplaw.com

Lindsay Sklar Johnson (pro hac vice)
**BRYAN CAVE LEIGHTON PAISNER LLP**
1201 W. Peachtree St., N.W., 14th Floor
Atlanta, GA 30309-3471
Telephone: (404) 572-6600
lindsay.johnson@bclplaw.com

Emilee L. Hargis, IL #6325656 (pro hac vice)
**BRYAN CAVE LEIGHTON PAISNER LLP**
211 N. Broadway
St. Louis, MO 63102
Telephone: (314) 259-2028
emilee.hargis@bclplaw.com

*Counsel for Plaintiffs and the Proposed Class*

<u>/s/ Randall P. Ewing, Jr.</u>
George A. Zelcs (Ill. Bar No. 3123738)
Randall P. Ewing, Jr. (Ill. Bar No. 6294238)
Ryan Z. Cortazar (Ill. Bar No. 6323766)
**KOREIN TILLERY, LLC**
205 North Michigan Avenue, Suite 1950
Chicago, IL 60601
Telephone: 312.641.9750
gzelcs@koreintillery.com
rewing@koreintillery.com
rcortazar@koreintillery.com

Michael E. Klenov (Ill. Bar No. 6300228)
Carol O'Keefe (Ill. Bar No. 6335218)
**KOREIN TILLERY, LLC**
505 North 7th Street, Suite 3600
St. Louis, MO 63101
Telephone: 314.241.4844
mklenov@koreintillery.com
cokeefe@koreintillery.com

Vincent Briganti (pro hac vice)
Christian Levis (pro hac vice)
Noelle Forde (pro hac vice)
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, NY 10601
Telephone: 914.997.0500
vbriganti@lowey.com
clevis@lowey.com
nfeigenbaum@lowey.com

**CERTIFICATE OF SERVICE**

  I hereby certify that on November 15, 2024, I caused a true and correct copy of the foregoing to be served upon counsel of record as of this date by electronic filing.

Dated: November 15, 2024           */s/ Chahira Solh*
                              Chahira Solh