IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MYA BATTON, AARON BOLTON, MICHAEL BRACE, DO YEON IRENE KIM, ANNA JAMES, JAMES MULLIS, THEODORE BISBICOS, and DANIEL PARSONS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COMPASS, INC.; EXP WORLD HOLDINGS, INC.; REDFIN CORP; WEICHERT REAL ESTATE AFFILIATES, INC., D/B/A WEICHERT REALTORS; and UNITED REAL ESTATE HOLDINGS, LLC D/B/A UNITED REAL ESTATE GROUP,<br><br>Defendants. | Case No. 1:23-cv-15618<br><br>Judge LaShonda A. Hunt<br><br>Magistrate Judge M. David Weisman |

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE** that on December 10, 2024, at 10:00 a.m., or as soon thereafter as they may be heard, one of Plaintiffs' undersigned counsel shall appear before the Honorable Judge Hunt or any judge sitting in their stead in Courtroom 1425 of the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn St., Chicago, Illinois, 60604 and shall present the following motion**:**

**Plaintiffs' Unopposed Motion for Leave to File Their Second Amended Complaint (ECF No. 160)**

Dated: November 22, 2024

Respectfully submitted,

*/s/ Randall P. Ewing, Jr.*
George A. Zelcs
Randall P. Ewing, Jr.
Ryan Z. Cortazar

**KOREIN TILLERY, LLC**
205 North Michigan Avenue, Suite 1950
Chicago, IL 60601
Telephone: 312.641.9750
gzelcs@koreintillery.com
rewing@koreintillery.com
rcortazar@koreintillery.com

Michael E. Klenov
Carol O'Keefe
**KOREIN TILLERY, LLC**
505 North 7th Street, Suite 3600
St. Louis, MO 63101
Telephone: 314.241.4844
mklenov@koreintillery.com
cokeefe@koreintillery.com

Vincent Briganti (*pro hac vice*)
Christian Levis (*pro hac vice*)
Noelle Forde (*pro hac vice*)
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, NY 10601
Telephone: 914.997.0500
vbriganti@lowey.com
clevis@lowey.com
nforde@lowey.com

*Counsel for Plaintiffs and the Proposed Classes*

## CERTIFICATE OF SERVICE

I hereby certify that on November 22, 2024, I caused a true and correct copy of the foregoing to be served upon counsel of record as of this date by electronic filing.

Dated: November 22, 2024                          */s/ Randall P. Ewing*
                                                                                              Randall P. Ewing