# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| MYA BATTON, AARON BOLTON, MICHAEL BRACE, DO YEON IRENE KIM, ANNA JAMES, JAMES MULLIS, THEODORE BISBICOS, STEVEN EWALD, JAMES LUTZ, SCOTT DAVIS, NIALL ADAMS, JASON BOOMSMA, THOMAS BRAUN, TIMOTHY CARUSO, SABRINA CLARK, COLLEEN DUVAL, JAMES EDWARDS, RYAN EISNER, CARSON FAIRBOURN, JOHN GARRETT, BRENNON GROVES, DARIN HENDRY, JORDAN KULLMANN, DANIEL PARSONS, JOSHUA PUTT, JOHN SANNAR, ROBERT SAYLES, BEN SHADLE, LISA SHANKUS, BRENT STRINE, CHRISTINE VAN WOERKON, and SHERRIE WOHL, individually and on behalf of all others similarly situated,<br><br>   Plaintiffs,<br><br>   v.<br><br>COMPASS, INC., et al.,<br><br>   Defendants. | Case No. 1:23-cv-15618<br><br>Honorable Judge LaShonda A. Hunt |

## MOTION TO WITHDRAW

Pursuant to Local Rule 83.17 of the United States District Court for the Northern District of Illinois, Robert Y. Sperling, Eyitayo St. Matthew-Daniel, Karen L. Dunn, William A. Isaacson, Martha L. Goodman, Joshua Soven, Tenisha Williams, and Bryon P. Becker of Paul, Weiss, Rifkind, Wharton & Garrison LLP (together, the "Moving Attorneys") hereby respectfully move this Court for leave to withdraw their appearances as attorneys of record for Defendant Redfin Corporation ("Redfin") in this matter. In support, the Moving Attorneys state as follows:

1

1.        Gerald A. Stein, Robert J. Maguire, Harris L. Kay, MaryAnn T. Almeida, Emily Parsons, and Yonaton M. Rosenzweig of Davis Wright Tremaine LLP will remain as counsel of record for the Redfin.

2.        Redfin consents to the Moving Attorneys' withdrawal.

3.        The relief sought herein will not unduly delay these proceedings or otherwise be inequitable.

Dated: December 19, 2024

Respectfully submitted,

*/s/ Robert Y. Sperling*
Robert Y. Sperling (Ill. Bar No. 2688093)
Eyitayo St. Matthew-Daniel (*pro hac vice*)
Tenisha Williams (*pro hac vice*)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: (212) 373-3000
rsperling@paulweiss.com
tstmatthewdaniel@paulweiss.com
twilliams@paulweiss.com

Karen L. Dunn (*pro hac vice*)
William A. Isaacson (*pro hac vice*)
Joshua Soven (*pro hac vice*)
Martha L. Goodman (*pro hac vice*)
Bryon P. Becker (*pro hac vice*)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
2001 K Street NW
Washington, DC 20006-1047
Telephone: (202) 223-7300
kdunn@paulweiss.com
wisaacson@paulweiss.com
jsoven@paulweiss.com
mgoodman@paulweiss.com
bpbecker@paulweiss.com

*Attorneys for Defendant Redfin Corporation*