UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MYA BATTON, AARON BOLTON, MICHAEL BRACE, DO YEON IRENE KIM, ANNA JAMES, JAMES MULLIS, THEODORE BISBICOS, and STEVEN EWALD, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> COMPASS, INC.; EXP WORLD HOLDINGS, INC., REDFIN CORPORATION; WEICHERT REAL ESTATE AFFILIATES, INC. d/b/a WEICHERT REALTORS; and UNITED REAL ESTATE HOLDINGS LLC, d/b/a UNITED REAL ESTATE GROUP, <br><br> Defendants. | Case No. 1:23-cv-15618 <br><br> Honorable Judge LaShonda A. Hunt |

## JOINT MOTION FOR PARTIAL STAY OF PROCEEDINGS

Plaintiffs Mya Batton, Aaron Bolton, Michael Brace, Do Yeon Irene Kim, Anna James, James Mullis, Theodore Bisbicos, and Steven Ewald ("Plaintiffs") and Compass, Inc., Redfin Corporation, and United Real Estate Holdings LLC d/b/a/ United Real Estate Group ("Defendants"), (together the "Parties"), hereby submit this Joint Motion for Partial Stay of Proceedings.

On November 4, 2024, the court in *Gibson, et al., v. National Association of Realtors, et al.* (No. 4:23-cv-00788-SRB), granted final approval of settlements with Compass, Redfin, and United Real Estate,[1] among others. *Gibson*, ECF No. 530. The *Gibson* Court concluded that

---
[1] Defendant United Real Estate Holdings, LLC (dba United Real Estate Group) is the parent corporation of Five D I, LLC (dba United Real Estate), the setting defendant entity in *Gibson*.

claims here brought by plaintiffs who are also settlement class members in *Gibson* are enjoined. *Gibson*, ECF No. 530, ¶ 90 (Class members "enjoined from filing, commencing, prosecuting, intervening in, or pursuing as a plaintiff or class member any released claims" which extends to "claims arising from or relating to transactions where Settlement Class Members either sold or purchased a home on any multiple listing service nationwide . . ."). This Court extended partial stays consistent with the *Gibson* Court's conclusions in *Batton et al. v. National Association of Realtors, et al.* ("Batton I"), No. 21-cv-00430 (N.D. Ill.) ("*Batton I*"), ECF Nos. 162, 179, 180. The Parties here agree that a partial stay similar to that entered in *Batton I* is appropriate in this case and raised it with this Court at the October 8, 2024 status conference.

As in *Batton I*, the agreed partial stay here would last only until any appeals of the settlements are resolved or exhausted, and would apply only to Plaintiffs who sold a home during the *Gibson* settlement class period and who did not opt out of those settlements. Therefore, the Parties move this Court for a partial stay as to Plaintiff James Mullis[2] until any appeals of the settlements are concluded, as Mr. Mullis sold a home during the *Gibson* settlement class period and did not opt out of those settlements.

---

[2] Though the Joint Motion for Partial Stay of Proceedings filed in *Batton I* requested a partial stay as to Named Plaintiffs James Mullis, Maya Batton, and Theodore Bisbicos with respect to defendants Anywhere, RE/MAX, and Keller Williams (*Batton I*, ECF No. 162), Named Plaintiffs Mya Batton and Theodore Bisbicos opted out of the Compass, Redfin, and United Real Estate settlements in *Gibson*, and are not included in the partial stay request here. *Gibson*, ECF No. 521-3, Ex. 3, Decl. of Jennifer Keough in support of Mot. in Support of Final Approval of Settlements at Exhibit L (listing individuals that opted out of the settlements).

2

Respectfully submitted,

Dated: December 19, 2024

***Counsel for Defendant Compass, Inc.***

<u>/s/ Chahira Solh</u>
Chahira Solh (pro hac vice)
Daniel A. Sasse (pro hac vice)
Eric Fanchiang (pro hac vice)
**CROWELL & MORING LLP**
3 Park Plaza, 20th Floor
Irvine, CA 92614
Telephone: (949) 263-8400
csolh@crowell.com
dsasse@crowell.com
efanchiang@crowell.com

Sima Namiri-Kalantari (pro hac vice)
**CROWELL & MORING LLP**
515 S. Flower Street, 41st Floor
Los Angeles, CA 90071
Telephone: (213) 622-4750
snamiri@crowell.com

*Counsel for Defendant Redfin Corporation*

*/s/ Robert J. Maguire*

**DAVIS WRIGHT TREMAINE LLP**
Robert J. Maguire (pro hac vice)
MaryAnn Almeida (pro hac vice)
Emily Parsons (pro hac vice)
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Tel: 206.622.3150
RobMaguire@dwt.com
MaryAnnAlmeida@dwt.com
EmilyParsons@dwt.com

Gerald Stein (pro hac vice)
1251 Avenue of the Americas, 21st Floor
New York, NY 10020
Tel: 212.489.8230
GeraldStein@dwt.com

*Counsel for United Real Estate Holdings LLC d/b/a United Real Estate Group*

*/s/ James D. Lawrence*
James D. Lawrence (pro hac vice)
**BRYAN CAVE LEIGHTON PAISNER LLP**
1200 Main St., Suite 3800
Kansas City, MO 64105
Telephone: (816) 374-3200
jim.lawrence@bclplaw.com

Timothy R. Beyer (pro hac vice)
**BRYAN CAVE LEIGHTON PAISNER LLP**
1700 Lincoln Street, #4100
Denver, CO 80203
Telephone: (303) 866-7000
tim.beyer@bclplaw.com

Lindsay Sklar Johnson (pro hac vice)
**BRYAN CAVE LEIGHTON PAISNER LLP**
1201 W. Peachtree St., N.W., 14th Floor
Atlanta, GA 30309-3471
Telephone: (404) 572-6600
lindsay.johnson@bclplaw.com

Emilee L. Hargis, IL #6325656 (pro hac vice)
**BRYAN CAVE LEIGHTON PAISNER LLP**
211 N. Broadway
St. Louis, MO 63102
Telephone: (314) 259-2028
emilee.hargis@bclplaw.com

*Counsel for Plaintiffs and the Proposed Class*

<u>/s/ Randall P. Ewing, Jr.</u>
George A. Zelcs (Ill. Bar No. 3123738)
Randall P. Ewing, Jr. (Ill. Bar No. 6294238)
Ryan Z. Cortazar (Ill. Bar No. 6323766)
**KOREIN TILLERY, LLC**
205 North Michigan Avenue, Suite 1950
Chicago, IL 60601
Telephone: 312.641.9750
gzelcs@koreintillery.com
rewing@koreintillery.com
rcortazar@koreintillery.com

Michael E. Klenov (Ill. Bar No. 6300228)
Carol O'Keefe (Ill. Bar No. 6335218)
**KOREIN TILLERY, LLC**
505 North 7th Street, Suite 3600
St. Louis, MO 63101
Telephone: 314.241.4844
mklenov@koreintillery.com
cokeefe@koreintillery.com

Vincent Briganti (pro hac vice)
Christian Levis (pro hac vice)
Noelle Forde (pro hac vice)
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, NY 10601
Telephone: 914.997.0500
vbriganti@lowey.com
clevis@lowey.com
nfeigenbaum@lowey.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 19, 2024, I caused a true and correct copy of the foregoing to be served upon counsel of record as of this date by electronic filing.

Dated: December 19, 2024                                            */s/ Chahira Solh*
                                                                                          Chahira Solh