UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MYA BATTON, AARON BOLTON, MICHAEL BRACE, DO YEON IRENE KIM, ANNA JAMES, JAMES MULLIS, THEODORE BISBICOS, STEVEN EWALD, JAMES LUTZ, SCOTT DAVIS, NIALL ADAMS, JASON BOOMSMA, THOMAS BRAUN, TIMOTHY CARUSO, SABRINA CLARK, COLLEEN DUVAL, JAMES EDWARDS, RYAN EISNER, CARSON FAIRBOURN, JOHN GARRETT, BRENNON GROVES, DARIN HENDRY, JORDAN KULLMANN, DANIEL PARSONS, JOSHUA PUTT, JOHN SANNAR, ROBERT SAYLES, BEN SHADLE, LISA SHANKUS, BRENT STRINE, CHRISTINE VAN WOERKON, and SHERRIE WOHL, individually and on behalf of all others similarly situated, <br><br>Plaintiffs,<br><br>v.<br><br>COMPASS, INC.; EXP WORLD HOLDINGS, INC.; REDFIN CORPORATION; WEICHERT REAL ESTATE AFFILIATES, INC. d/b/a WEICHERT REALTORS; and UNITED REAL ESTATE HOLDINGS LLC d/b/a UNITED REAL ESTATE GROUP,<br><br>Defendants. | Case No. 1:23-cv-15618<br><br>Honorable Judge LaShonda A. Hunt |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE NOTICE OF SUPPLEMENTAL
AUTHORITY IN SUPPORT OF PLAINTIFFS' OPPOSITION TO
DEFENDANTS' JOINT MOTION TO DISMISS**

Plaintiffs hereby submit this motion for leave to file supplemental authority as to the

United States District Court for the Southern District of Pennsylvania's decision in *Davis et al. v.*

*Hanna Holding, Inc.*, No. 2:24-cv-02374-WB (E.D. Pa. Mar. 18, 2025), ECF No. 84 ("Op."), attached as Exhibit A.

On November 2, 2023, Plaintiffs filed their complaint against Defendants on behalf of indirect purchaser homebuyers. On June 21, 2024, Defendants filed, among other motions, a joint motion to dismiss Plaintiffs' complaint pursuant to Fed. R. Civ. P. 12(b)(6). *See* ECF No. 126. That motion is fully briefed. *See* ECF No. 133 (Plaintiffs' response) and ECF No. 142 (Defendants' reply). Defendants argued in their briefing, *inter alia*, that Plaintiffs lack standing for their injunctive relief claim under § 16 of the Clayton Act as well as standing under certain state antitrust, consumer protection, and unjust enrichment laws.

On March 4, 2024, prior to the filing of Defendants' joint motion to dismiss, Plaintiffs voluntarily dismissed from this case Howard Hanna Real Estate Services based on personal jurisdiction rulings in *Batton v. Nat'l Assoc. Realtors*, No. 21-cv-00430 (N.D. Ill. Feb. 20, 2024) (ECF Nos. 94, and 97). Plaintiffs then filed a new case against Hanna Holdings, Inc. in the Eastern District of Pennsylvania. *See Davis*, No. 2:24-cv-02374-WB. *Davis* is also brought on behalf of indirect purchaser homebuyers, and it alleges substantially the same facts alleged here. In its recent motion to dismiss opinion, the *Davis* court denied Hanna Holding's motion for lack of standing and mootness. In doing so, the *Davis* court found that plaintiffs adequately pleaded Article III and antitrust standing for all of their state antitrust, consumer protection, and unjust enrichment claims (Op. at 16-20, 36-39). The court dismissed plaintiffs' Sherman Act claim for injunctive relief without prejudice, but permitted plaintiffs to amend their complaint to allege that they intend to buy homes again in the future (Op. at 13-15).

Accordingly, Plaintiffs respectfully request leave to file the *Davis* opinion as supplemental authority in support of their opposition to Defendant's joint motion to dismiss.

Respectfully submitted,

Dated: April 4, 2025
/s/_Noelle Forde
Vincent Briganti (pro hac vice)
Christian Levis (pro hac vice)
Noelle Forde (pro hac vice)
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, NY 10601
Telephone: (914) 997-0500
vbriganti@lowey.com
clevis@lowey.com
nforde@lowey.com

George A. Zelcs (Ill. Bar No. 3123738)
Randall P. Ewing, Jr. (Ill. Bar No. 6294238)
Ryan Z. Cortazar (Ill. Bar No. 6323766)
**KOREIN TILLERY, LLC**
205 North Michigan Avenue, Suite 1950
Chicago, IL 60601
Telephone: 312-641-9750
gzelcs@koreintillery.com
rewing@koreintillery.com
rcortazar@koreintillery.com

Michael E. Klenov (Ill. Bar No. 6300228)
Carol O'Keefe (Ill. Bar No. 6335218)
**KOREIN TILLERY, LLC**
505 North 7th Street, Suite 3600
St. Louis, MO 63101
Telephone: 314-241-4844
mklenov@koreintillery.com
cokeefe@koreintillery.com

*Attorneys for Plaintiff and the Proposed Class*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 4, 2025, I caused a true and correct copy of the foregoing to be served upon counsel of record as of this date by electronic filing.

Dated: April 4, 2025 /s/ *Noelle Forde*
Noelle Forde