UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MYA BATTON, AARON BOLTON, MICHAEL BRACE, DO YEON IRENE KIM, ANNA JAMES, JAMES MULLIS, THEODORE BISBICOS, STEVEN EWALD, JAMES LUTZ, SCOTT DAVIS, NIALL ADAMS, JASON BOOMSMA, THOMAS BRAUN, TIMOTHY CARUSO, SABRINA CLARK, COLLEEN DUVAL, JAMES EDWARDS, RYAN EISNER, CARSON FAIRBOURN, JOHN GARRETT, BRENNON GROVES, DARIN HENDRY, JORDAN KULLMANN, DANIEL PARSONS, JOSHUA PUTT, JOHN SANNAR, ROBERT SAYLES, BEN SHADLE, LISA SHANKUS, BRENT STRINE, CHRISTINE VAN WOERKON, and SHERRIE WOHL, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> COMPASS, INC.; EXP WORLD HOLDINGS, INC.; REDFIN CORPORATION; WEICHERT REAL ESTATE AFFILIATES, INC. d/b/a WEICHERT REALTORS; and UNITED REAL ESTATE HOLDINGS LLC d/b/a UNITED REAL ESTATE GROUP, <br><br> Defendants. | Case No. 1:23-cv-15618 <br><br> Honorable Judge LaShonda A. Hunt |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on Thursday, April 10, 2025, at 10:00 a.m., or as soon thereafter as they may be heard should the Court desire a hearing, one of Plaintiffs' undersigned counsel shall appear before the Honorable Judge Hunt or any judge sitting in their stead in

Courtroom 1425 of the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn St., Chicago, Illinois, 60604 and shall present the following motion:

**Plaintiffs' Motion for Leave to File Notice of Supplemental Authority in Support of Plaintiffs' Opposition to Defendants' Joint Motion to Dismiss.** Plaintiffs and Defendants have met and conferred via email. Defendants take no position regarding Plaintiffs' motion, but reserve the right to file a response.

Respectfully submitted,

Dated: April 4, 2025

*/s/Noelle Forde*
Vincent Briganti (pro hac vice)
Christian Levis (pro hac vice)
Noelle Forde (pro hac vice)
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, NY 10601
Telephone: (914) 997-0500
vbriganti@lowey.com
clevis@lowey.com
nforde@lowey.com

George A. Zelcs (Ill. Bar No. 3123738)
Randall P. Ewing, Jr. (Ill. Bar No. 6294238)
Ryan Z. Cortazar (Ill. Bar No. 6323766)
**KOREIN TILLERY, LLC**
205 North Michigan Avenue, Suite 1950
Chicago, IL 60601
Telephone: 312-641-9750
gzelcs@koreintillery.com
rewing@koreintillery.com
rcortazar@koreintillery.com

                    Michael E. Klenov (Ill. Bar No. 6300228)
Carol O'Keefe (Ill. Bar No. 6335218)
**KOREIN TILLERY, LLC**
505 North 7th Street, Suite 3600
St. Louis, MO 63101
Telephone: 314-241-4844
mklenov@koreintillery.com
cokeefe@koreintillery.com

*Attorneys for Plaintiff and the Proposed Class*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 4, 2025, I caused a true and correct copy of the foregoing to be served upon counsel of record as of this date by electronic filing.

Dated: April 4, 2025 /s/ *Noelle Forde*
Noelle Forde