**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Mya Batton, et al.
                        Plaintiff,

v.                                              Case No.: 1:23−cv−15618
                                                            Honorable LaShonda A. Hunt

Compass, Inc., et al.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, July 10, 2025:

      MINUTE entry before the Honorable LaShonda A. Hunt: Defendants' motion for leave to file supplemental authority [174] is granted insofar as the Court takes notice of Davis et al. v. Hanna Holding, Inc., No. 2:24−cv−02374−WB, Dkt. No. 93 (E.D. Pa. June 23, 2025). No further filings on this issue are necessary or allowed. The motion hearing set for 7/15/25 [175] is stricken. Mailed notice. (kp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.