# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| MYA BATTON, AARON BOLTON, MICHAEL BRACE, DO YEON IRENE KIM, ANNA JAMES, JAMES MULLIS, THEODORE BISBICOS, STEVEN EWALD, JAMES LUTZ, SCOTT DAVIS, NIALL ADAMS, JASON BOOMSMA, THOMAS BRAUN, TIMOTHY CARUSO, SABRINA CLARK, COLLEEN DUVAL, JAMES EDWARDS, RYAN EISNER, CARSON FAIRBOURN, JOHN GARRETT, BRENNON GROVES, DARIN HENDRY, JORDAN KULLMANN, DANIEL PARSONS, JOSHUA PUTT, JOHN SANNAR, ROBERT SAYLES, BEN SHADLE, LISA SHANKUS, BRENT STRINE, CHRISTINE VAN WOERKON, and SHERRIE WOHL, individually and on behalf of all others similarly situated, | Case No. 1:23-cv-15618  Hon. LaShonda A. Hunt  **DEFENDANTS' MOTION FOR LEAVE TO FILE NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF DEFENDANTS' JOINT MOTION TO DISMISS** |
| Plaintiffs, v. | |
| COMPASS, INC.; EXP WORLD HOLDINGS, INC.; REDFIN CORPORATION; WEICHERT REAL ESTATE AFFILIATES, INC. d/b/a WEICHERT, REALTORS; UNITED REAL ESTATE HOLDINGS LLC d/b/a UNITED REAL ESTATE GROUP, | |
| Defendants. | |

The undersigned Defendants ("Defendants") hereby move the Court for leave to submit as supplemental authority, in support of Defendants' pending Joint Motion to Dismiss (ECF 126), the decision issued by the District Court for the Southern District of Florida in *Lutz et al. v. HomeServices of America, Inc. et al.*, No. 4:24-cv-10040-KMM (S.D. Fla. July 15, 2025) ("*Lutz*"), ECF 144 (the "Decision"), attached as **Exhibit A**.

Plaintiffs filed their Complaint on November 2, 2023 and their Amended Complaint on May 6, 2024. ECF 1, 112. Defendants moved to dismiss the Amended Complaint (the "Joint Motion"), and briefing closed on September 4, 2024. *See* ECF 126 (Motion to Dismiss), 133 (Opposition), 142 (Reply). Plaintiffs filed their Second Amended Complaint ("SAC") on November 26, 2024, and the Parties stipulated that Defendants' prior responsive pleadings would apply to the SAC. *See* ECF 162, 163.

In the companion litigation *Batton v. National Association of Realtors ("Batton I")*, No. 1:21-cv-00430, Judge Wood dismissed HomeServices of America, Inc., HSF Affiliates, LLC, Long & Foster Companies, Inc., and BHH Affiliates, LLC (the "HomeServices defendants") on personal jurisdiction grounds. *Batton I*, ECF 125. On April 29, 2024, the same counsel representing plaintiffs in *Batton I* and in this action filed the *Lutz* case against the HomeServices defendants on behalf of another homebuyer. *Lutz*, ECF 1. On June 11, 2024, Plaintiffs voluntarily dismissed Douglas Elliman from this case. ECF 117. The same day, the *Lutz* plaintiff amended his complaint to add Douglas Elliman as a defendant. *Lutz*, ECF 45. As the *Lutz* judge noted, that case concerns "identical or similar issues" to those raised in cases such as *Batton I* and *Davis v. Hanna Holdings* (the subject of Defendants' prior supplemental authority, *see* ECF 176). Decision at 2-3.

1

On July 15, 2025, Hon. K. Michael Moore dismissed *with prejudice* the Section 1 claim for injunctive relief against the HomeServices defendants and Douglas Elliman in *Lutz*. Among other things, he held that the homebuyer plaintiffs were indirect purchasers who lacked antitrust standing to bring the claim because home sellers were more directly injured. Decision at 4-8.

Dated: July 22, 2025

Respectfully submitted,

*/s/ Sima Namiri-Kalantari*
Chahira Solh (admitted *pro hac vice*)
Daniel A. Sasse (admitted *pro hac vice*)
Eric Fanchiang (admitted *pro hac vice*)
**CROWELL & MORING LLP**
3 Park Plaza, 20th Floor
Irvine, CA 92614
Telephone: (949) 263-8400
csolh@crowell.com
dsasse@crowell.com
efanchiang@crowell.com

Sima Namiri-Kalantari (admitted *pro hac vice*)
**CROWELL & MORING LLP**
515 S. Flower Street, 41st Floor
Los Angeles, CA 90071
Telephone: (213) 622-4750
snamiri@crowell.com

*Attorneys for Compass, Inc.*

*/s/ Dylan I. Ballard*
Michael W. Scarborough (admitted *pro hac vice*)
Dylan I. Ballard (admitted *pro hac vice*)
**VINSON & ELKINS LLP**
555 Mission Street, Suite 2000
San Francisco, CA 94105
Telephone: (415) 979–6900
mscarborough@velaw.com
dballard@velaw.com

Adam L. Hudes (admitted *pro hac vice*)
Stephen M. Medlock
**VINSON & ELKINS LLP**
2200 Pennsylvania Avenue NW
Suite 500 West
Washington, DC 20037
Telephone: (202) 639–6500
ahudes@velaw.com
smedlock@velaw.com

*Attorneys for Weichert Real Estate Affiliates, Inc. d/b/a Weichert, Realtors*

*/s/ Gerald A. Stein*
Gerald A. Stein (admitted *pro hac vice*)
**DAVIS WRIGHT TREMAINE LLP**
1251 Avenue of the Americas, 21st Floor
New York, NY 10020
Telephone: (212) 489-8230
Email: geraldstein@dwt.com

Robert J. Maguire (admitted *pro hac vice*)
MaryAnn Almeida (admitted *pro hac vice*)
Emily Parsons (admitted *pro hac vice*)
**DAVIS WRIGHT TREMAINE LLP**

*/s/ James A. Morsch*
James A. Morsch (#6209558)
**SAUL EWING LLP**
321 N. Clark, Suite 4200
Chicago, IL 60601
(312) 876-7866 (phone)
jim.morsch@saul.com

Francis X. Riley, III (admitted *pro hac vice*)
**SAUL EWING LLP**
650 College Road East
Suite 4000

2

920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Telephone: (206) 622-3150
robmaguire@dwt.com
maryannalmeida@dwt.com
emilyparsons@dwt.com

Yoni Rosenzweig (*pro hac vice* forthcoming)
**DAVIS WRIGHT TREMAINE LLP**
865 South Figueroa Street, Suite 2400
Los Angeles, CA 90017
Telephone: 213.633.6800
YoniRosenzweig@dwt.com

*Attorneys for Redfin Corporation*

Princeton, NJ 08540
(609) 452-3142 (phone)
francis.riley@saul.com

*Attorneys for eXp World Holdings, Inc.*

*/s/ Emilee L. Hargis*
James D. Lawrence (admitted *pro hac vice*)
**BRYAN CAVE LEIGHTON PAISNER LLP**
1200 Main St., Suite 3800
Kansas City, MO 64105
Telephone: (816) 374-3200
jim.lawrence@bclplaw.com

Timothy R. Beyer (admitted *pro hac vice*)
**BRYAN CAVE LEIGHTON PAISNER LLP**
1700 Lincoln Street, #4100
Denver, CO 80203
Telephone: (303) 866-7000
tim.beyer@bclplaw.com

Lindsay Sklar Johnson (admitted *pro hac vice*)
**BRYAN CAVE LEIGHTON PAISNER LLP**
1201 W. Peachtree St., N.W., 14th Floor
Atlanta, GA 30309-3471
Telephone: (404) 572-6600
lindsay.johnson@bclplaw.com

Emilee L. Hargis, IL #6325656 (admitted *pro hac vice*)
**BRYAN CAVE LEIGHTON PAISNER LLP**
211 N. Broadway
St. Louis, MO 63102
Telephone: (314) 259-2028
emilee.hargis@bclplaw.com

*Attorneys for United Real Estate Holdings, LLC d/b/a United Real Estate Group*

4

**CERTIFICATE OF SERVICE**

I hereby certify that on July 22, 2025, a copy of the foregoing document was electronically filed through the ECF system and will be sent electronically to all persons identified on the Notice of Electronic Filing.

/s/ *Dylan I. Ballard*
DYLAN I. BALLARD