**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

Mya Batton, et al.
       Plaintiff,

v.              Case No.: 1:23−cv−15618
             Honorable LaShonda A. Hunt

Compass, Inc., et al.
       Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Monday, March 9, 2026:

  MINUTE entry before the Honorable LaShonda A. Hunt: Plaintiffs' motion to appoint interim co−lead class counsel [182] is taken under advisement. Any response in opposition is due by 3/20/26, and any reply in support is due by 3/23/26. The motion hearing set for 3/10/2026 [183] is stricken. Mailed notice (cc, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.