# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

MYA BATTON, AARON BOLTON,
MICHAEL BRACE, DO YEON IRENE KIM,
ANNA JAMES, JAMES MULLIS,
THEODORE BISBICOS, and STEVEN
EWALD, JAMES LUTZ, SCOTT DAVIS,
NIALL ADAMS, JASON BOOMSMA,
THOMAS BRAUN, TIMOTHY CARUSO,
SABRINA CLARK, COLLEEN DUVAL,
JAMES EDWARDS, RYAN EISNER,
CARSON FAIRBOURN, JOHN GARRETT,
BRENNON GROVES, DARIN HENDRY,
JORDAN KULLMANN, DANIEL PARSONS,
JOSHUA PUTT, JOHN SANNAR, ROBERT
SAYLES, BEN SHADLE, LISA SHANKUS,
BRENT STRINE, CHRISTINE VAN
WOERKON, and SHERRIE WOHL,
individually and on behalf of all others
similarly situated,

        Plaintiffs,

    v.

COMPASS, INC.; EXP WORLD HOLDINGS,
INC; REDFIN CORPORATION; WEICHERT
REAL ESTATE AFFILIATES, INC. d/b/a
WEICHERT REALTORS; and UNITED
REAL ESTATE HOLDINGS LLC d/b/a
UNITED REAL ESTATE GROUP,

        Defendants.

Case No. 1:23-cv-15618

Hon. LaShonda A. Hunt

**DEFENDANTS COMPASS, INC. AND UNITED REAL ESTATE HOLDINGS LLC d/b/a
UNITED REAL ESTATE GROUP'S MOTION TO STAY PROCEEDINGS PENDING
FINAL APPROVAL OF CLASS SETTLEMENTS**

Defendants Compass, Inc. ("Compass") and United Real Estate Holdings LLC d/b/a

United Real Estate Group ("United") (together, "Moving Defendants") by and through their

counsel, respectfully submit this Motion to Stay Proceedings Pending Final Approval of Class

Settlements.[1]  As set forth more fully in the supporting Memorandum of Law, proceedings should be stayed pending final approval of Moving Defendants' class settlements for the following reasons:

1. Moving Defendants' settlement agreements with the plaintiffs in *Tuccori v. At World Properties, LLC*, No. 1:24-cv-00150 (N.D. Ill.) resolve all claims against Moving Defendants in this case.

2. This Court granted a temporary stay of discovery pending resolution of the Motion to Dismiss.  (ECF No. 157.)  On March 24, 2026, this Court decided the Motion to Dismiss, thereby resuming discovery.  Defendants' answers to the surviving claims in the Second Amended Complaint are due on April 28, 2026, and the parties must file a joint status report concerning the case schedule on May 12, 2026.  (ECF No. 189.)  A stay protects Moving Defendants from entering an onerous fact discovery process—one that Moving Defendants have not undertaken in any related matter concerning the alleged conspiracy—including document collections and depositions, expending significant resources on expert discovery and class certification proceedings, all of which will be unnecessary if Moving Defendants' *Tuccori* settlements receive approval.  A stay here preserves the judicial resources that would be expended on a discovery process concerning claims as to Moving Defendants that have all been settled.

3. A stay will not unnecessarily delay the litigation as to any party proceeding in discovery, and a stay as to a subset of parties is appropriate here.  On April 20, 2026, Plaintiffs and Defendant Weichert Real Estate Affiliates, Inc. d/b/a Weichert Realtors ("Weichert")

---

[1] Moving Defendants are not filing a notice of motion given the court's temporary suspension of the notice of presentment procedure through May 19, 2026.

submitted a joint motion for a 60-day stay of proceedings as to Weichert while the parties continue settlement discussions with a mediator.  (ECF No. 192.)  Similarly, the Court has granted a stay as to Plaintiff James Mullis's claims, pending decision of the appeals in *Gibson* before the Eighth Circuit.  (ECF No. 167.)  If Moving Defendants' Motion is granted, Redfin Corporation and eXp will be the only Defendants remaining in active discovery.

4. This Court should treat Moving Defendants similar to Defendant National Association of REALTORS® ("NAR"), which this Court granted a stay in similar circumstances in *Batton, et al., v. National Association of Realtors, et al.*, No. 1:21-cv-00430 (N.D. Ill.) ("*Batton I*"), ECF No. 328.

5. Compass has conferred with Plaintiffs who did not indicate whether they plan to oppose or consent to this motion.

For the foregoing reasons and those detailed in the supporting Memorandum of Law filed herewith, Defendants Compass and United respectfully request that the Court grant the Motion and enter an order staying all proceedings and deadlines as to Moving Defendants pending a decision from the *Tuccori* Court on final approval of the Settlement.

* * *

Dated: April 27, 2026

Respectfully submitted,

/s/ Chahira Solh
Chahira Solh (admitted *pro hac vice*)
Daniel A. Sasse (admitted *pro hac vice*)
**CROWELL & MORING LLP**
3 Park Plaza, 20th Floor
Irvine, CA 92614
Telephone: (949) 263-8400
csolh@crowell.com
dsasse@crowell.com

*Attorneys for Compass, Inc.*

3

*/s/ Emily L. Hargis*
Emilee L. Hargis, IL #6325656
**BRYAN CAVE LEIGHTON PAISNER LLP**
211 N. Broadway, Suite 3600
St. Louis, MO 63102
Telephone: (314) 259-2028
emilee.hargis@bclplaw.com

James D. Lawrence (*admitted pro hac vice*)
**BRYAN CAVE LEIGHTON PAISNER LLP**
1200 Main St., Suite 3800
Kansas City, MO 64105
Telephone: (816) 374-3200
jim.lawrence@bclplaw.com

Timothy R. Beyer (admitted *pro hac vice*)
**BRYAN CAVE LEIGHTON PAISNER LLP**
1700 Lincoln Street, #4100
Denver, CO 80203
Telephone: (303) 866-7000
tim.beyer@bclplaw.com

Lindsay S. Johnson (admitted *pro hac vice*)
**BRYAN CAVE LEIGHTON PAISNER LLP**
1201 W. Peachtree St., N.W., 14th Floor
Atlanta, GA 30309-3471
Telephone: (404) 572-6600
lindsay.johnson@bclplaw.com

*Attorneys for United Real Estate Holdings LLC*
*d/b/a United Real Estate Group*