**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

Mya Batton, et al.

                Plaintiff,

v.

Compass, Inc., et al.

                Defendant.

Case No.: 1:23–cv–15618
Honorable LaShonda A. Hunt

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, April 30, 2026:

      MINUTE entry before the Honorable LaShonda A. Hunt: Defendants Compass and United's motion to stay [195] is denied. As previously stated on the record in the Court's ruling on the Batton I motion to stay, Batton II is at an earlier procedural posture and does not involve all the same issues. Defendants' motion does not present any new facts or arguments that change the Court's analysis or conclusion. Furthermore, a stay would be unduly prejudicial because it would deprive Plaintiffs of the benefit of pursuing relevant discovery on their claims after having succeeded at the pleadings stage while allowing Defendants to avoid discovery and pursuit of settlement on the claims in this case in favor of a better deal in another. For these reasons, and consistent with the Court's prior 4/24/26 order [194], a stay will not be entered, and the case will proceed. A joint status report remains due by 5/12/26. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.